**DISMISS; Opinion issued February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-00703-CV
_____

### CRYSTAL AMARO-FRIC, Appellant
### V.
### MANUEL MARTINIZ, Appellee

_____

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-06-11580

_____

### MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

The $175 filing fee in this case is overdue. By postcard dated January 23, 2013, we notified appellant the filing fee was due. We directed appellant to pay the fee within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal. Also by postcard dated January 23, 2013, we notified appellant the time for filing a docketing statement had expired. We directed appellant to file a docketing statement within ten days and cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See*  TEX. R. APP. P. 42.3(b),(c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


120703F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRYSTAL AMARO-FRIC, Appellant

No. 05-12-00703-CV       V.

MANUEL MARTINIZ, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-06-11580.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee MANUEL MARTINIZ recover his costs of this appeal from appellant CRYSTAL AMARO-FRIC.

Judgment entered February 13, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE